IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| BROWSERKEY, LLC, | § § § | Case No. 2:24-cv-00798-JRG-RSP |
| Plaintiff, | § § | |
| v. | § § § | |
| BANK OF AMERICA CORPORATION, | § § § | |
| Defendant. | § § § | |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Dustin Edwards, enters his appearance in this matter for Defendant Bank of America Corporation for purposes of receiving notices and orders from the Court.

Dated: October 22, 2024

Respectfully submitted,

*/s/ Dustin Edwards*
Dustin Edwards
Texas State Bar No.: 24042335
Email: dedwards@winston.com
WINSTON & STRAWN LLP
800 Capitol Street, Suite 2400
Houston, TX 77002-2925
Telephone: (713) 651-2627
Facsimile: (713) 651-2700

*Attorney for Defendant*
  *Bank of America Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 22, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Dustin Edwards*
Dustin Edwards
